**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Diricea McCANTS, Defendant–
Appellant.**

**No. 09–15768**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 19, 2010.

William Gregory Hughes, Mobile, AL, for Defendant–Appellant.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before PRYOR, MARTIN and FAY, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Diricea McCants in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-

dent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and McCants's conviction and sentence are **AFFIRMED.**